# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Hampton Dellinger

v.

Scott Bessent, et al.

**Case No:** 25-5052

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained  ○ Pro Bono  ○ Appointed (CJA/FPD)  ● Gov't counsel

for the ● Appellant(s)/Petitioner(s)  ○ Appellee(s)/Respondent(s)  ○ Intervenor(s)  ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

| | |
|---|---|
| Scott Bessent | Sergio Gor |
| Karen Gorman | Karl Kammann |
| Donald J. Trump | Russell T. Vought |

### Counsel Information

**Lead Counsel:**

Direct Phone: (___) _____  Fax: (___) _____  Email:

**2nd Counsel:** Daniel Winik

Direct Phone: (202) 305-8849  Fax: (202) 514-7964  Email: Daniel.L.Winik@usdoj.gov

**3rd Counsel:** Michael S. Raab

Direct Phone: (202) 514-4053  Fax: (202) 514-7964  Email: Michael.Raab@usdoj.gov

**Firm Name:** U.S. Department of Justice, Civil Division, Appellate Staff

**Firm Address:** 950 Pennsylvania Ave. NW, Washington, D.C. 20530

**Firm Phone:** (202) 305-1754  Fax: (202) 514-7964  Email: CivilAppellate.ECF@usdoj.gov

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)