# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Hampton Dellinger

v.

Scott Bessent, et al.

**Case No:** 25-5052

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Hampton Dellinger

### Counsel Information

Lead Counsel: See attached document.

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

2nd Counsel: See attached document.

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

3rd Counsel: See attached document.

Direct Phone: (___) ___-____  Fax: (___) ___-____  Email:

Firm Name: Hecker Fink LLP

Firm Address: 1050 K Street NW Suite 1040, Washington, DC 20001

Firm Phone: (212) 763-0883  Fax: (212) 564-0883  Email: docketing@heckerfink.com

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)

**Hecker Fink Counsel Information**

| | | |
|---|---|---|
| Lead Counsel: Joshua A. Matz | | |
| Direct Phone: (929) 294-2537 | Fax: (212) 564-0883 | Email: jmatz@heckerfink.com |
| 2nd Counsel: Amy Jeffress | | |
| Direct Phone: (202) 742-2755 | Fax: (212) 564-0883 | Email: ajeffress@heckerfink.com |
| 3rd Counsel: Kate L. Doniger | | |
| Direct Phone: (646) 438-5826 | Fax: (212) 564-0883 | Email: kdoniger@heckerfink.com |
| 4th Counsel: Jackson Erpenbach | | |
| Direct Phone: (202) 796-1870 | Fax: (212) 564-0883 | Email: jerpenbach@heckerfink.com |
| 5th Counsel: Benjamin Stern | | |
| Direct Phone: (646) 561-9423 | Fax: (212) 564-0883 | Email: bstern@heckerfink.com |