**ORAL ARGUMENT NOT YET SCHEDULED**

No. 25-5052

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**HAMPTON DELLINGER,**

*Plaintiff-Appellee,*

v.

**SCOTT BESSENT, in his official capacity as Secretary of the Treasury, et al.,**

*Defendants-Appellants.*

On Appeal from the United States District Court
for the District of Columbia

**UNOPPOSED MOTION FOR LEAVE TO FILE BRIEF FOR
*AMICUS CURIAE* SEPARATION OF POWERS CLINIC IN
SUPPORT OF DEFENDANTS-APPELLANTS' EMERGENCY
MOTION FOR A STAY PENDING APPEAL**

| | |
|---|---|
| DANIEL Z. EPSTEIN<br>AMERICA FIRST LEGAL<br>  FOUNDATION<br>611 Pennsylvania Ave. SE #231<br>Washington, DC 20003<br>202-964-3721<br>daniel.epstein@aflegal.org | R. TRENT MCCOTTER<br>  *Counsel of Record*<br>BOYDEN GRAY PLLC<br>800 Connecticut Ave. NW<br>Suite 900<br>Washington, DC 20006<br>(202) 706-5488<br>tmccotter@boydengray.com<br>*Counsel for Amicus Curiae* |

# MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF

The Separation of Powers Clinic seeks leave to file a brief as *amicus curiae* in support of Defendants-Appellants' emergency motion for a stay. All parties consent to this relief. The Court's rules are unclear whether an *amicus* brief can be lodged at this stage of the proceedings if all parties consent. In an abundance of caution, the Clinic seeks leave.

The Clinic is housed within the Separation of Powers Institute at The Catholic University of America's Columbus School of Law. The Institute and Clinic were established during the 2024–25 academic year for the purpose of studying, researching, and raising awareness of the proper application of the U.S. Constitution's separation of powers constraints on the exercise of federal government power. The Clinic provides students an opportunity to discuss, research, and write about separation of powers issues in ongoing litigation.

The Clinic previously was housed at Scalia Law School for several years and has submitted numerous briefs over the years in cases implicating separation of powers, including cases involving the tension between Article II and removal protections for executive officials, which is the core issue in this case.

1

The Clinic's sole interest in this case is ensuring the orderly development of the law, in accordance with separation-of-powers principles, an area of particular expertise to those who run the Clinic.

## CONCLUSION

The Court should grant leave to file the attached *amicus curiae* brief.

March 4, 2025                     Respectfully submitted,

/s/ R. Trent McCotter
R. TRENT MCCOTTER
BOYDEN GRAY PLLC
800 Connecticut Ave. NW, Suite 900
Washington, DC 20006
(202) 706-5488
tmccotter@boydengray.com

DANIEL Z. EPSTEIN
AMERICA FIRST LEGAL
  FOUNDATION
611 Pennsylvania Ave. SE #231
Washington, DC 20003
202-964-3721
daniel.epstein@aflegal.org

*Counsel for Amicus Curiae Separation of Powers Clinic*

## CERTIFICATE OF COMPLIANCE

I hereby certify that this motion complies with the type-volume limitations of Federal Rule of Appellate Procedure 27 because it contains 229 words, excluding the exempted portions. This motion complies with the typeface and type style requirements of Federal Rules Appellate Procedure 32(a)(5)–(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in Century Schoolbook and 14-point font.

<i>/s/ R. Trent McCotter</i><br>
R. Trent McCotter

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically filed the foregoing document with the Clerk of this Court by using the CM/ECF system, which will serve all parties automatically.

<i>/s/ R. Trent McCotter</i><br>
R. Trent McCotter