IN THE

# United States Court of Appeals
# for the District of Columbia Circuit

HAMPTON DELLINGER, IN HIS PERSONAL CAPACITY AND IN HIS OFFICIAL CAPACITY AS SPECIAL COUNSEL OF THE OFFICE OF SPECIAL COUNSEL,

*Plaintiff-Appellee,*

v.

SCOTT BESSENT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE TREASURY, et al.,

*Defendants-Appellants.*

On Appeal from the United States District Court
for the District of Columbia, No. 1:25-cv-00385-ABJ
Before Amy Berman Jackson, J.

**MOTION OF CATHY A. HARRIS TO FILE *AMCIUS* BRIEF IN OPPOSITION TO A STAY PENDING APPEAL, AND IN SUPPORT OF APPELLEE AND AFFIRMANCE**

MICHAEL J. KATOR
JEREMY D. WRIGHT
KERRIE D. RIGGS
KATOR, PARKS, WEISER & WRIGHT, P.L.L.C.
1150 Connecticut Ave., NW
Suite 705
Washington, DC 20036
(202) 898-4800

LINDA M. CORREIA
CORREIA & PUTH, PLLC
1400 16th St., NW
Suite 450
Washington, D.C. 20036
(202) 602-6500

CARL RIZZI
LUCILLE E. BAEURLE
MILBANK LLP
55 Hudson Yards
New York, NY 10001
(212) 530-5088

NEAL KUMAR KATYAL
  *Counsel of Record*
NATHANIEL A.G. ZELINSKY
EZRA P. LOUVIS
SAMANTHA K. ILAGAN
MILBANK LLP
1850 K St., NW
Suite 1100
Washington, DC 20006
(202) 835-7505
nkatyal@milbank.com

March 5, 2025

# MOTION TO FILE AMICUS BRIEF

Pursuant to D.C. Circuit Rule 29, Cathy A. Harris moves for leave to appear as *amicus curiae* and to file the attached brief.

*Amicus* Cathy A. Harris is a member of the Merit Systems Protection Board, who "may be removed" from that position "by the President *only* for inefficiency, neglect of duty, or malfeasance in office." 5 U.S.C. § 1202(d) (emphasis added). But on February 10, 2025—three days after the President purported to terminate Hampton Dellinger by email—Harris received a similar email stating that Harris's "position on the Merit Systems Protection Board" was "terminated, effective immediately."

Harris immediately brought suit in the District Court. Judge Contreras granted Harris a temporary restraining order on February 18, 2025, and the parties agreed to consolidate the preliminary injunction hearing with trial on the merits. On March 4, 2024, Judge Contreras granted Harris's motion for judgment on the merits and entered a permanent injunction in her favor. *See Harris v. Bessent*, No. 25-cv-00412, 2025 WL 679303, at *1 (D.D.C. Mar. 4, 2025). The government immediately appealed to this Court. *See Harris v. Bessent*, No. 25-5055 (D.C. Cir.).

Harris has an interest in this appeal because the government has presented similar arguments in both cases, and the government similarly sought a stay of the

judgment pending its appeal in *Harris v. Bessent*. Counsel for Appellants and for Appellee consent to her filing an *amicus* brief.

Although the Federal Rules of Appellate Procedure do not explicitly address *amicus* participation at the motions stage, this Court and others have routinely considered *amicus* filings when evaluating stay and injunction requests. *See, e.g.*, *Doe 1 v. Trump*, No. 17-5267, 2017 WL 6553389, at *1 (D.C. Cir. Dec. 22, 2017); Order*, Planned Parenthood of Wis., Inc. v. Azar*, No. 18-5218 (D.C. Cir. Aug. 10, 2018) (granting leave to file *amicus* brief, considering *amici* arguments, and denying emergency injunction request); *Breeze Smoke, LLC v. U.S. Food & Drug Admin.*, 18 F.4th 499, 508 (6th Cir. 2021) (same); *Miller v. Bonta*, No. 21-55608, 2021 WL 2659807, at *1 (9th Cir. June 21, 2021) (same).

Furthermore, Harris's participation imposes no prejudice or delay. She is filing her motion and brief simultaneously. Harris's brief also imposes no undue burden on the Court, as it remains under 2,600 words—less than half the length permitted for a party's response.

# CONCLUSION

This Court should grant Harris leave to file the attached brief in opposition to Defendants-Appellants' emergency motion for a stay pending appeal.

By: */s/ Neal Kumar Katyal*

NEAL KUMAR KATYAL
  *Counsel of Record*
MILBANK LLP
1850 K St., NW
Suite 1100
Washington, DC 20006
(202) 835-7505
nkatyal@milbank.com

*Counsel for Amicus Curiae
Cathy A. Harris*