# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Hampton Dellinger

v.

Scott Bessent, et al.

**Case No:** 25-5052

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel for the ○ Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ● Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Amicus Curiae Cathy A. Harris

### Counsel Information

Lead Counsel: Neal Kumar Katyal

Direct Phone: (202) 835-7505   Fax: (   )   -      Email: nkatyal@milbank.com

2nd Counsel: Nathaniel A.G. Zelinsky

Direct Phone: (202) 835-7523   Fax: (   )   -      Email: nzelinsky@milbank.com

3rd Counsel: Ezra Louvis

Direct Phone: (202) 835-7584   Fax: (   )   -      Email: elouvis@milbank.com

Firm Name: Milbank LLP

Firm Address: 1850 K St. N.W. - Suite 1100, Washington, DC 20006

Firm Phone: (202) 835-7500   Fax: (   )   -      Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)