# Hecker Fink LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.HECKERFINK.COM

DIRECT DIAL     929.294.2537
DIRECT EMAIL    jmatz@heckerfink.com

March 6, 2025

**BY CM/ECF**

Clifton Cislak, Clerk of Court
U.S. Court of Appeals for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue NW
Washington, D.C. 20001

Re:   *Dellinger v. Bessent*, No. 25-5052

Dear Mr. Cislak:

I write on behalf of Plaintiff-Appellee Special Counsel Hampton Dellinger to notify the Court that Mr. Dellinger has decided not to pursue judicial relief recognizing his right to head the Office of Special Counsel.[1] We are still negotiating with the government regarding the proper next steps to bring this litigation to an end. However, Mr. Dellinger's final and public decision means that there is presently no live appeal for this Court to address. *See United States v. China Telecom (Americas) Corp.*, 55 F.4th 939, 943 (D.C. Cir. 2022).

---

[1] *See* Josh Gerstein, *Federal workforce watchdog who was fired by Trump drops legal fight to get his job back*, Politico (Mar. 6, 2025), https://www.politico.com/news/2025/03/06/federal-workforce-watchdog-who-was-fired-by-trump-drops-legal-fight-to-get-his-job-back-00215891.

Respectfully Submitted,

/s/ Joshua A. Matz
Joshua A. Matz

*Counsel for Plaintiff-Appellee Hampton Dellinger*

cc: All counsel of record (via CM/ECF)

# CERTIFICATE OF COMPLIANCE

This response complies with the type-volume limit of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 115 words. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirement of Fed. R. App. P. 32(a)(6) because this document has been prepared using Microsoft Word in 14-point Times New Roman, a proportionally spaced typeface.

DATED: March 6, 2025

/s/ Joshua A. Matz
Joshua A. Matz
*Counsel for Plaintiff-Appellee*
*Hampton Dellinger*