# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 25-5052**                           **September Term, 2024**

**1:25-cv-00385-ABJ**

**Filed On:** March 12, 2025

Hampton Dellinger, in his personal capacity
and in his official capacity as Special Counsel
of the Office of Special Counsel,

         Appellee

    v.

Scott Bessent, in his official capacity as
Secretary of the Treasury, et al.,

         Appellants

      **BEFORE:**    Henderson, Millett, and Walker, Circuit Judges

## O R D E R

Upon consideration of the motion to dismiss as moot, the opposition thereto, and the unopposed motion to hold briefing in abeyance, it is

**ORDERED**, on the court's own motion, that the briefing schedule set forth in the court's order dated March 5, 2025, be suspended pending further order of the court.

### Per Curiam

                                       **FOR THE COURT:**
                                       Clifton B. Cislak, Clerk

                    BY:      /s/
                                       Selena R. Gancasz
                                       Deputy Clerk