# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5052**　　　　　　　　　　　　　　　　**September Term, 2024**

　　　　　　　　　　　　　　　　　　　　　　　　　　1:25-cv-00385-ABJ

　　　　　　　　　　　　　　　　　　　　**Filed On:** March 27, 2025

Hampton Dellinger, in his personal capacity
and in his official capacity as Special Counsel
of the Office of Special Counsel,

　　　　Appellee

　　v.

Scott Bessent, in his official capacity as
Secretary of the Treasury, et al.,

　　　　Appellants

　　　　**BEFORE:**　　Henderson, Millett, and Walker, Circuit Judges

### O R D E R

　　Upon consideration of the motion to dismiss case as moot, which includes a request to vacate the district court's March 1, 2025 memorandum opinion and order, the opposition thereto, and the reply, which includes a request to vacate this court's March 5, 2025 order and March 10, 2025 opinion; the motion for leave to intervene; and the motion to participate as amicus curiae and the lodged brief, it is

　　**ORDERED** that the motions for leave to intervene and to participate as amicus curiae be denied.  It is

　　**FURTHER ORDERED** that the motion to dismiss the appeal as moot be granted.  Appellee represents that he no longer wishes to pursue his claims.  Therefore, no live controversy remains between the parties.  See Acheson Hotels, LLC v. Laufer, 601 U.S. 1, 5 (2023); Deakins v. Monaghan, 484 U.S. 193, 199 (1988).  It is

　　**FURTHER ORDERED** that the request to vacate the district court's March 1, 2025 memorandum opinion and order be granted.  The district court's March 1, 2025 memorandum opinion and order are vacated, and the case is remanded to the district court with instructions to dismiss the case with prejudice.  See Arave v. Hoffman, 552 U.S. 117, 118 (2008); Deakins, 484 U.S. at 199-201.  It is

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5052**                          September Term, 2024

      **FURTHER ORDERED** that the request to vacate this court's March 5, 2025 order and March 10, 2025 opinion be denied.  See Mahoney v. Babbitt, 113 F.3d 219, 221-22 (D.C. Cir. 1997); U.S. Bancorp Mortg. Co. v. Bonner Mall P'ship, 513 U.S. 18, 24-25 (1994).

      Pursuant to D.C. Circuit Rule 36, this disposition will not be published.  The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.  See Fed. R. App. P. 41(b); D.C. Cir. Rule 41.

**Per Curiam**

                              **FOR THE COURT:**
                              Clifton B. Cislak, Clerk

BY:   /s/
         Selena R. Gancasz
         Deputy Clerk